United States District Court

**NORTHERN DISTRICT OF INDIANA**

FILED

2009 APR 22 PM 2:20

STE...  CLERK
... URT
FOR THE NO... DISTRICT
OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | SUPERSEDING |
| V. | WARRANT FOR ARREST |
| JOSE A. QUIROZ a/k/a "Chu" | CASE NUMBER: 2:08cr214 |

Received-USMS

APR 17 2009

Hammond, In

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JOSE A. QUIROZ** a/k/a "Chu"

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] **Indictment**  [ ] **Information**  [ ] **Complaint**  [ ] **Order of court**  [ ] **Violation Notice**  [ ] **Probation Violation Petition**

charging him or her with (brief description of offense) in violation of Title

| | |
|---|---|
| 21:846 | CONSPIRACY TO DISTRIBUTE MARIJUANA |
| 21:843(b) | USE COMMUNICATIONS FACILITY TO DISTRIBUTE MARIJUANA |
| 18:2 | AIDING AND ABETTING |
| 18:924(d) AND 21:853 | CRIMINAL FORFEITURE |

| | |
|---|---|
| STEPHEN R. LUDWIG | CLERK, U.S. DISTRICT COURT |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | April 17, 2009 at Hammond, Indiana |
| Signature of Issuing Officer | Date and Location |
| Deputy Clerk | |
| | By Andrew P Rodovich |
| Bail fixed at $ No Bond | Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 4/22/09 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/22/09 | Cynthia S. Carroll | *[signature]* Cynthia S Carroll |